Steven D. Allison (SBN 174491)
Mandana Massoumi (SBN 191359)
Jessica L. Linehan (SBN 223569)
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, California 92618
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENDONCA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC.; CHARTER COMMUNICATIONS, INC. DBA CHARTER COMMUNICATIONS (CCI), INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants | CASE NO: CV06-07892 DDP (PJWx)<br><br>ASSIGNED TO: Hon. Dean P. Pregerson<br>Courtroom 3<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br><br>Complaint Filed: August 14, 2006<br>Final Pre-Trial Conf.: April 14, 2008<br>Trial Date: April 22, 2008 |

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Robert Mendonca and Defendants Charter Communications, Inc., Charter Communications, Inc. dba Charter Communications (CCI), Inc. (the "*Parties*") stipulate and Plaintiff Robert Mendonca voluntarily dismisses with prejudice all his individual claims as alleged in his Complaint, in the above named matter (Case No. CV06-07892 DDP (PJWX)), against all Defendants including Charter Communications, Inc. and Charter Communications (CCI), Inc., and all its affiliates past, present and future agents, successors, subsidiaries, parents, brother/sister companies and assigns in the above-captioned action.

DORSEY & WHITNEY LLP

DATED: 11/9/07   By: _____
STEVEN D. ALLISON
MANDANA MASSOUMI
Attorneys for Defendants

DATED: 10-25-07   By: _____
ROBERT MENDONCA
Plaintiff *In Pro Se*

**ORDER**

It is so ordered.

DATED: 11-15-07   _____
Hon. Dean P. Pregerson
Judge of the United States District Court

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Irvine, California 92618-2301. On November 13, 2007, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:     **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**

SERVED UPON:     Robert Mendonca
15223 East Avenue, Q-1
Palmdale, CA 93591
(661) 264-1087

☒ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by O.C. Corporate Courier to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on November 13, 2007, at Irvine, California.

_Karen Satterfield_